[831 NE2d 408, 798 NYS2d 351]

SONNY BOY REALTY, INC., Respondent, v CITY OF NEW YORK, Appellant.

Argued March 30, 2005; decided May 3, 2005

## APPEARANCES OF COUNSEL

*Michael A. Cardozo, Corporation Counsel*, New York City (*Julian L. Kalkstein* and *Larry A. Sonnenshein* of counsel), for appellant.

*Gennet, Kallman, Antin & Robinson, P.C.*, New York City (*Brian J. Bolan* and *Mark L. Antin* of counsel), for respondent.

## OPINION OF THE COURT

Order affirmed, with costs, and certified question answered in the affirmative. We agree with the Appellate Division that the lease imposed an obligation on the tenant to make repairs necessitated by its own negligence or the negligence of its invitees.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.